EDWARD F. LANIGAR, ESQ.
Nevada Bar No. 007056
CISNEROS & MARIAS
1140 North Town Center Drive, Suite 200
Las Vegas, Nevada  89144
Phone: (702) 233-9660
Fax: (702) 233-9665
Email: edward.lanigar@zurichna.com

Attorneys for Defendants
HAIN CELESTIAL GROUP, INC.,
ARROWHEAD MILLS, INC. and
HIPOLITO SALAZAR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES R. RAYMUNDO, | ) **CASE NO.:**  2:13-cv-1997 |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL WITH PREJUDICE** |
| HIPOLITO SALAZAR; ARROWHEAD MILLS, INC.; THE HAIN CELESTIAL GROUP, INC.; DOES 1 through 5, and ROE BUSINESS ENTITIES 1 through 5, inclusive, | ) |
| Defendants. | ) |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed without prejudice, each party to bear their own costs.

DATED this 23rd day of March, 2015.                    DATED this 23rd day of March, 2015.

BENSON & BINGHAM                                                CISNEROS & MARIAS

**/s/ JOSEPH L. BENSON, II, ESQ.**                      **/s/ EDWARD F. LANIGAR, ESQ.**
JOSEPH L. BENSON, II, ESQ.                                 EDWARD F. LANIGAR, ESQ.
Nevada Bar No. 007276                                          Nevada Bar No. 007056
11441 Allerton Park Dr., Suite 100                          1140 North Town Center Drive, Suite 200
Las Vegas, NV 89135                                              Las Vegas, Nevada  89144
(702) 382-9797 (phone)                                           (702) 233-9660 (phone)
(702) 382-9798 (facsimile)                                      (702) 233-9665 (facsimile)
litigate@bensonbingham.com                               edward.lanigar@zurichna.com
Attorneys for Plaintiff                                              Attorneys for Defendants

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES hereto, through their respective counsel, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed without prejudice, each party to bear their own costs.

DATED March 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CISNEROS & MARIAS

**/s/ EDWARD F. LANIGAR, ESQ.**
EDWARD F. LANIGAR, ESQ.
Nevada Bar No. 007056
Attorneys for Defendants

2